| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JAMES DOUGLAS NICHOLS, #16570-078 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:13-CV-56 |
| | § | CRIMINAL ACTION NO. 4:09-CR-222(2) |
| UNITED STATES OF AMERICA | § | |

ORDER

The above-entitled and numbered civil action was referred to a United States Magistrate Judge, who issued an Initial Report and Recommendation concluding that Movant's motion for default judgment and various other motions should be denied. Movant has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. The objections of Movant are without merit. It is accordingly

**ORDERED** that Movant's motions (#14, 19, 20, 21, 25) are **DENIED**.

SIGNED at Beaumont, Texas, this 18th day of February, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE